# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SECURE MATRIX LLC,**<br><br>    Plaintiff,<br><br>  v.<br><br>**BROOKSHIRE GROCERY COMPANY,**<br><br>    Defendant. | Civil Action No: 2:24-cv-01080-RWS-RSP<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING DEFENDANT BROOKSHIRE GROCERY COMPANY'S RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS**

Before the Court is Defendant Brookshire Grocery Company's Rule 12(c) Motion for Judgment on the Pleadings.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

IT IS SO ORDERED.